EASTERN DIS.
June, 1832.

PRESSAS
vs.
MENDIBURN.

---

### PRESSAS vs. MENDIBURN.

APPEAL FROM THE PARISH COURT OF NEW-ORLEANS.

A continuity of services prevents the wages of the first years services, from being barred by prescription.

An unliquidated demand bears no interest, either before or after judgement.

The facts are stated in the opinion of the court, delivered by MARTIN, J.

The plaintiff alleges the defendant owes him a large sum, the balance of several accounts, transactions, and dealings, they had together, and for wages, as a clerk to the defendant, in the Spanish province of Yucatan.

The defendant pleaded the general issue, *res judicata*, and averred he was a creditor for a sum of about seven thousand dollars, on posterior accounts and transactions, for which he claimed judgement by reconvention; but he afterwards abandoned this claim in reconvention, and pleaded prescription.

EASTERN DIS.
June, 1832.

PRESSAS
vs.
MENDIBURN.

There was judgement for the plaintiff, and the defendant appealed.

There is a mass of testimony, the weight of which the counsel for both parties have submitted to us without any argument; that of the appellant has, however, urged that the District Court erred in disallowing his plea of prescription to a part of the appellant's claim for wages, as the appellee's clerk. On this point, we are of opinion the court did not err, as the continuity of the services prevented the wages during the first years services being barred. 8 *Martin*, 16.

A continuity of services prevents the wages of the first years services from being barred by prescription.

On the merits, we are unable to say the District Court erred.

It is, therefore, ordered, adjudged, and decreed, that the judgement be affirmed, the appellant paying costs in both courts.

On a rehearing, PORTER, J., delivered the opinion of the court.

An application has been made to modify a judgement in this case. The demand was unliquidated, and the court below gave interest on it. The Code of Practice, 554, prohibits this, and we are of opinion this prohibition extends to interest after judgement, as well as that which precedes it.

An unliquidated demand bears no interest, either before or after judgement.

It is, therefore, ordered, adjudged and decreed, that the judgement of the District Court, be annulled, avoided and reversed, and it is further ordered, adjudged, and decreed, that the plaintiff do recover of the defendant the sum of one thousand two hundred and seventeen dollars, with costs in the court below, those of appeal to be paid by the appellee.